I agree that the judgment of the trial court must be reversed but for a different reason than that expressed by Presiding Judge Wright. The trial court's erroneous finding that no emergency existed is the basis for my conclusion that the judgment be reversed.
The evidence shows without contradiction that the child in question is receiving welfare aid from the State Department of Pensions and Security in Calhoun County, Alabama where he and his mother reside.
The evidence shows also that the father is financially able to contribute to the support of this child. The fact that the child is receiving aid from a state welfare agency amply supports a conclusion that it needs support from its father and that such need constitutes an emergency in Calhoun County, Alabama. For this reason I agree to the reversal of the trial court's judgment.